IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMOS JAMES SINGLETON,** : | | |
| *Plaintiff*, : | | **CIVIL ACTION** |
| : | | |
| **v.** : | | |
| : | | |
| **LIEUTENANT ROBINSON et al.,** : | | **No. 14-2382** |
| *Defendants*. : | | |

# O R D E R

**AND NOW,** this 6th day of October, 2015, upon consideration of Plaintiff's Second Amended Complaint (Docket No. 34), Defendants' Motion to Dismiss (Docket No. 35), Plaintiff's Memorandum in Opposition (Docket No. 36), and following oral argument on September 21, 2015, **the Court hereby ORDERS** that Defendants' Motion to Dismiss (Docket No. 35) is **HELD IN ABEYANCE** as to Count I and **GRANTED** in part so that Count II is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1