IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMOS JAMES SINGLETON,** : | | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LIEUTENANT ROBINSON et al.,** | : | **No. 14-2382** |
| *Defendants*. | : | |

## O R D E R

**AND NOW,** this 16th day of September, 2016, upon consideration of Plaintiff's Second Amended Complaint (Docket No. 34), Defendants' Motion to Dismiss (Docket No. 35), Plaintiff's Memorandum in Opposition (Docket No. 36), Plaintiff's Affidavit (Docket No. 44), and Defendants' Supplemental Memorandum (Docket No. 47), **the Court hereby ORDERS** that Defendants' Motion to Dismiss (Docket No. 35) is **GRANTED.** Count I is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1