IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMOS JAMES SINGLETON,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LIEUTENANT ROBINSON et al.,** | : | **No.  14-2382** |
| *Defendants*. | : | |

# O R D E R

**AND NOW,** this 16th day of September, 2016, upon consideration of Plaintiff's Motion for Leave to File a Third Amended Complaint (Doc. No. 37), **the Court hereby ORDERS** that Plaintiff's Motion for Leave to File a Third Amended Complaint (Doc. No. 37) is **DENIED**. The Clerk of Court shall mark this case closed for all purposes including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE